IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2005-C, MORTGAGE-BACKED CERTIFICATES, SERIES 2005-C,<br>**Plaintiff**<br>V.<br>GLORIA STENLUND; RICHARD STENLUND; HELGA BRIDGE; DUNSINANE LIVING TRUST; THE ESTATE OF WARREN BRIDGE,<br>**Defendants** | **Case No:** 3:12-CV-50293<br><br>**Judge:** Philip G. Reinhard |

## PLAINTIFF'S RULE 55 MOTION FOR DEFAULT JUDGMENT AND FOR ENTRY OF JUDGMENT OF FORECLOSURE

Now comes the Plaintiff, (Mortgagee), by David F. Pustilnik, one of its attorneys, and in support of its Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55, states as follows:

1. Plaintiff initiated these proceedings on AUGUST 2, 2012, and Plaintiff's AMENDED COMPLAINT was filed on November 10, 2014.

2. That the Defendants:

    a. HELGA BRIDGE was served by PERSONAL service on DECEMBER 11, 2014 (*see* Docket Entry #44)

    b. DUNSINANE LIVING TRUST was served by PERSONAL service on DECEMBER 11, 2014 (*see* Docket Entry #45)

    c. Publication service was completed as to THE ESTATE OF WARREN BRIDGE was as of APRIL 1, 2015 (*see* Docket Entry #54)

3. More than twenty (21) days have elapsed since Defendants were served, and he/she has failed to answer, plead, or otherwise defend the allegations of Plaintiff's Amended Complaint.

4. Defendant's failure to defend and deny the allegations of Plaintiff's Amended Complaint results in those allegations being admitted and Plaintiff therefore moves the Court for the entry of an Order of Default and Judgment of Foreclosure and Sale.

5. Plaintiff is not capable of determining whether Defendant Helga Bridge is currently on active duty in the United States Military.

6. Plaintiff's claim of damages is for a sum that is made certain by computation and is more specifically set forth in its supporting Affidavit. (*See* Affidavit of Amounts Due and Owing attached as Exhibit D to Plaintiff's Rule 56.1 Statement of Undisputed Facts; *see* Certificate of Prove-up of Foreclosure Fees and Costs attached as Exhibit F to Plaintiff's Rule 56.1 Statement of Undisputed Facts).

WHEREFORE, the Plaintiff, HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2005-C, MORTGAGE-BACKED CERTIFICATES, SERIES 2005-C, moves this Honorable Court for an Order of Default and Judgment of Foreclosure and Sale against the Defendants, HELGA BRIDGE, DUNSINANE LIVING TRUST, & THE ESTATE OF WARREN BRIDGE, and for that amount as set forth and made certain in its hereinabove referenced Affidavits.

Respectfully submitted,

By: */s/ David F. Pustilnik*

Potestivo & Associates, P.C
David F. Pustilnik (ARDC#6300609)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Our File No.: C14-95797