IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| HSBC Bank USA National Association, | ) ) | |
| Plaintiff, | ) ) | Case No: 12-cv-50293 |
| v. | ) ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Gloria Stenlund et al, | ) | |
| Defendants. | ) ) | |

## ORDER

Motion hearing held on 10/15/2015. Defendants not present. It is this Court's Report and Recommendation that the plaintiff's motion for default judgment [102] be granted. This Court also makes the Report and Recommendation that the plaintiff's motion to appoint a special commissioner [72] be granted and that the district court appoint a special commissioner in accordance with this district court's customary practice. Any objection to this Report and Recommendation shall be filed by 11/2/2015. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989). By 1/25/2016, the plaintiff shall file a written status report detailing the progress of the sale of the subject property.

Date: October 15, 2015                                        /s/ Iain D. Johnston