IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| HSBC Bank USA National Association | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3: 12 c 50293 |
| | ) | |
| v. | ) | |
| | ) | Judge: Philip G. Reinhard |
| Gloria Stenlund et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On 10/15/2015, Magistrate Judge Johnston, after a hearing, entered a report and recommendation that plaintiff's motion [102] for default judgment be granted and that the plaintiff's motion [72] to appoint a special commissioner be granted in accordance with this court's customary practice. No timely objection has been filed. The court has reviewed the record and accepts the report and recommendation. Plaintiff's motion [102] for default judgment is granted. The plaintiff's motion [72] for appointment of a special commissioner is granted as modified herein. Attorney James Tuneberg is appointed special commissioner. Plaintiff is directed to submit a proposed judgment to the court's "proposed order" inbox which is located on Judge Reinhard's web page.

Date: 11/3/2015

Philip G. Reinhard, U.S. District Judge